UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:11-CR-__88__ |
| | ) | Judge Greer |
| CASEY SHANE JONES | ) | |
| | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about June 10, 2011, in the Eastern District of Tennessee, defendant CASEY SHANE JONES, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Rohm, model 66, .22 caliber revolver, serial number 1B14834.

[Title 18, United States Code, Section 922(g)(1)]

A TRUE BILL:

s/ Foreperson
FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

By: *s/ J. Gregory Bowman*
    J. GREGORY BOWMAN
    Assistant U.S. Attorney